UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARIA JOSE CARI ARI,

    Petitioner,

    v.

KRISTI NOEM, Secretary,
 U.S. Department of Homeland Security, *et al.*,

    Respondents.

Case No. 8:26-cv-00443-PX

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case and the previous opinions in *Lopez v. Noem*, No. GLR-25-3662, 2025 WL 3496195 (D. Md. Dec. 5, 2025); *Bautista Villanueva v. Bondi*, No. ABA-25-cv-4152, 2026 WL 100595 (D. Md. January 14, 2026), and *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026), The Court finds that further briefing is not necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. Petitioner **SHALL** file a motion seeking a bond hearing consistent with this Court's order, and the bond hearing **SHALL** be held within **10 days** of the filing of the Petitioner's Motion;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention, and the hearing must comply with in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and need not be conducted in Maryland; but Petitioner must be present (in person or by video) and able to participate in the hearing;

5. If bond is granted and petitioner is released, nothing in this Court's order precludes ICE from imposing reasonable conditions of release;

6. The parties **SHALL** provide the Court with a Status Report within **10 days** of Petitioner's filing of a motion for a bond hearing; and

7. Petitioner's request for attorney's fees and costs is **DENIED**.

**ORDERED** that this Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.

Dated: 2/09/2026

/s/
The Honorable Paula Xinis
United States District Court Judge