UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA JOSE CARI ARI,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM, Secretary,<br>U.S. Department of Homeland Security, *et al.*,<br><br>    Respondents. | Case No. 8:26-cv-00443-PX |

### SUPPLEMENTAL ORDER

On February 9, 2026, this Court issued an order granting, in part, the Petition for Habeas Corpus filed on behalf of Petitioner Maria Jose Cari Ari. *See* ECF No. 10.

That Order provided, among other things, that:

- Petitioner is detained under 8 U.S.C. § 1226(a), and not § 1225 and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d); and

- Petitioner SHALL file a motion seeking a bond hearing consistent with this Court's order, and the bond hearing SHALL be held **within 10 days of the filing of the Petitioner's Motion**.

Counsel for Petitioner filed a Motion for a Bond /Custody Redetermination with the Immigration Court on February 11, 2026; therefore, a bond hearing must be held on or before February 20, 2026.

The Immigration Court scheduled a bond hearing for February 24, 2026, which fails to comply with the deadline previously set by this Court. *See* ECF No. 18-2.

For the reasons set forth above and those discussed during the recorded hearing, on this 18th day of February 2026, it is hereby;

**ORDERED**, that the Petitioner's Motion for Emergency Relief is **DENIED**, except that the Court will reaffirm and restate the requirements of its previous order; and it is further

**ORDERED,** that the Court hereby reaffirms its order of February 9, 2026; a bond hearing, consistent with the Court's February 9, 2026, Order, **SHALL** be held **on or before February 20, 2026**; and it is further

**ORDERED,** that the parties shall file a **STATUS REPORT** within 24 hours of the bond hearing advising the Court of the results of the hearing, and the parties' positions as to whether the hearing complied with the Court's February 9, 2026 Order, and this order; and it is further

**ORDERED,** that the Court **RETAINS JURISDICTION** to enforce its February 9, 2026 Order, and this Order and to order additional relief as necessary and appropriate.

Dated:  2/18/2026                     /s/
                                      The Honorable Paula Xinis
                                      United States District Court Judge